UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY C. GRIFFIN, | No. 2:14-cv-0837 TLN AC P |
| Petitioner, | |
| v. | ORDER |
| F. FOULK, | |
| Respondent. | |

Petitioner has requested an extension of time to file and serve objections to the August 29, 2019 findings and recommendations. ECF No. 27. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (ECF No. 27) is granted; and
2. Petitioner shall file and serve his objections on or before October 25, 2019.

DATED: October 1, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE